New Millennium Med. Imaging, P.C. v 21st Century Ins. Co. (2022 NY Slip Op
50605(U))

[*1]

New Millennium Med. Imaging, P.C. v 21st Century Ins. Co.

2022 NY Slip Op 50605(U) [75 Misc 3d 141(A)]

Decided on June 17, 2022

Appellate Term, Second Department

Published by New York State Law Reporting Bureau
pursuant to Judiciary Law § 431.

This opinion is uncorrected and will not be
published in the printed Official Reports.

Decided on June 17, 2022
SUPREME COURT, APPELLATE TERM, SECOND
DEPARTMENT, 2d, 11th and 13th JUDICIAL DISTRICTS
PRESENT: : THOMAS P. ALIOTTA, P.J., DONNA-MARIE E. GOLIA, CHEREÉ
A. BUGGS, JJ

2020-207 K C

New Millennium Medical Imaging, P.C., as
Assignee of Li Zhu Bian, Respondent, 
against
21st Century Insurance Company, Appellant.

Law Offices of Buratti, Rothenberg & Burns (Bianca Maynard Francois of counsel), for
appellant.
Law Office of Damin J. Toell, P.C. (Damin J. Toell of counsel), for respondent.

Appeal from an order of the Civil Court of the City of New York, Kings County (Consuelo
Mallafre Melendez, J.), entered January 8, 2020. The order denied defendant's motion for
summary judgment dismissing the complaint and granted plaintiff's cross motion for summary
judgment.

ORDERED that the order is reversed, with $30 costs, defendant's motion for summary
judgment dismissing the complaint is granted and plaintiff's cross motion for summary judgment
is denied.
In this action by a provider to recover assigned first-party no-fault benefits, defendant
appeals from an order of the Civil Court entered January 8, 2020 denying defendant's motion for
summary judgment dismissing the complaint and granting plaintiff's cross motion for summary
judgment.
Plaintiff was required to submit its claim form to defendant within 45 days after the services
were rendered (see 11 NYCRR 65-1.1; Synergy First Med., PLLC v MVAIC, 44 Misc 3d 127[A], 2014
NY Slip Op 50964[U] [App Term, 2d Dept, 2d, 11th & 13th Jud Dists 2014]) and it is
undisputed that plaintiff failed to do so. Defendant timely denied plaintiff's claim seeking to
recover for those services, based upon plaintiff's untimely submission, and informed plaintiff that
defendant would excuse the delay if plaintiff provided a "reasonable justification" therefor
(see 11 NYCRR 65-3.3 [e]; see also Matter of Medical Socy. of State of NY v
Serio, 100 NY2d 854, 862-863 [2003]; Synergy First Med., PLLC, 2014 NY Slip Op
50964[U]). In opposition to defendant's motion, plaintiff demonstrated that it had initially sent
the claim form at issue to a different insurance company, and that, after plaintiff learned,
approximately one year later, that [*2]the information it had
regarding the insurance company covering the accident was incorrect, it sent the claim form to
defendant. However, plaintiff did not establish a reasonable justification for initially submitting
the claim form to the wrong insurance company, given that the claim form which plaintiff alleged
it submitted to the wrong insurance company bore defendant's name and address. As a result,
plaintiff did not establish that it had provided defendant with a reasonable justification for its
untimely submission of the claim form to defendant. 
Accordingly, the order is reversed, defendant's motion for summary judgment dismissing the
complaint is granted and plaintiff's cross motion for summary judgment is denied.
ALIOTTA, P.J., GOLIA and BUGGS, JJ., concur.
ENTER:
Paul Kenny
Chief Clerk
Decision Date: June 17, 2022